RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2020 OK 16
Decided: 03/09/2020
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 16, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER

¶1 The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the continuing education requirements for calendar year 2019 and/or with the annual certificate renewal requirements for 2020.

¶2 Pursuant to 20 O.S., Chapter 20, App. I, Rule 20(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 20, App. I, Rule 23(d), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.

¶3 IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective March 1, 2020.

¶4 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 9th day of MARCH, 2020.

/s/CHIEF JUSTICE

ALL JUSTICES CONCUR.

CSR Exhibit

 
 
 
 Shawna Austin
 
 
 CSR #377
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Dana Burkdoll
 
 
 CSR #1955
 
 
 Continuing Education
 
 
 
 
 Molly Cook
 
 
 CSR #1772
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Missy Craig
 
 
 CSR #1187`
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Susan Griggs
 
 
 CSR #943
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Rita Hejny
 
 
 CSR #833
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Kortney Houts
 
 
 CSR #1804
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Monique Mason
 
 
 CSR #2001
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Lana McManus Edmonds
 
 
 CSR #1484
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Tessa Neighbors
 
 
 CSR #1987
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 David Parsons
 
 
 CSR #320
 
 
 Renewal Fee
 
 
 
 
 Debra Soukup
 
 
 CSR #381
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Kimberly Wilson Kaufman
 
 
 CSR #1635
 
 
 Continuing Education & Renewal Fee
 
 
 






 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 








 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA